IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARACELI HARDING**                                                               **PLAINTIFF**

V.                         **CASE NO. 4:23-cv-565-JM**

**ALEXANDER R. MCKINLEY**                                    **DEFENDANT**

## ORDER

Before the Court is Defendant's combined motion to substitute the named party and motion to dismiss. (Doc. 4). Harding has not responded. For good cause shown, Defendant's motion (Doc. 4) is GRANTED. The Court directs the clerk to update the named defendant to "United States of America." This case is dismissed without prejudice because Harding has not exhausted her administrative remedies. *See* 28 U.S.C. §2675(a).

IT IS SO ORDERED this 11th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE