IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARACELI HARDING**  **PLAINTIFF**

**V.**  **CASE NO. 4:23-cv-565-JM**

**ALEXANDER R. MCKINLEY**  **DEFENDANT**

### JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE